E-FILED
Wednesday, 18 September, 2024  02:01:36 PM
Clerk, U.S. District Court, ILCD



# ZOOM  CONNECTION INFORMATION

# FOR SETTLEMENT CONFERENCE

# URBANA

## Judge Long

**Participants can log into the video hearing using the Zoom application or go to**
**https://zoom.com/join and enter the Meeting ID and Pass**code.

Mediation Video:
Meeting ID:  160 593 8546    Passcode:  1015

Audio Only:
Phone: 551-285-1373, then enter Meeting ID: 160 593 8546 #  and Participant ID:  1015 #